

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| REPUBLIC WATER COMPANY OF TEXAS, LLC, | § | No. 08-17-00001-CV |
| | § | Appeal from the |
| Appellant, | § | 112th District Court |
| v. | § | of Pecos County, Texas |
| MIDDLE PECOS GROUNDWATER CONSERVATION DISTRICT, | § | (TC# P-11956-112-CV) |
| | § | |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF AUGUST, 2017.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.